# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH BATTS, | |
| Plaintiff, | Case No. 2:13-cv-02181-JAD-NJK |
| vs. | **ORDER** |
| COMPUTER SCIENCES CORPORATION, et al., | |
| Defendants. | |

Before the court is Defendants, Computer Sciences Corporation ("CSC"), Elizabeth Montilla, Vivian Smith and Ray Portillo's Motion for Waiver of Attendance of the Individual Defendants and a Representative of Computer Sciences Corporation at the ENE (Dkt. #20), filed March 3, 2014. No opposition has been filed, and the motion represents opposing counsel does not oppose the request. For good cause shown,

**IT IS ORDERED** that:

1. The Defendants' Motion for Waiver of Attendance (Dkt. #20) is **GRANTED**.
2. The Defendants shall give counsel a number where they can be reached telephonically during the conference if necessary.

Dated this 18th day of March, 2014.

_____
Peggy A. Leen
United States Magistrate Judge